06-14-00033-CV

Trial Case # 81050

To: Court of Appeals

I am requesting an extension due to being in hospital with shingles. Didn't receive the Dec 12, 2014 letter till pm of Dec 22. I am sending a copy also to Mr. Woods Mr. Rich Lawyer. Have had shingles a month was 5 wks & just got mail. Sorry. Thank you Ann Hulett also requesting a copy of my brief my lawyer needs. Was hand written & needed to be done differently.

RECEIVED IN
The Court of Appeals
Sixth District

DEC 29 2014

Texarkana, Texas
Debra Autrey, Clerk

appellate #
6-14-00033-CV

My Sons have power of attorney since 07

Anna S. Hulutt c/o Alicia Certh
P.O.Box 503
Valliant Okla. 74764-
0503

FOREVER

TULSA OK 741

20 DEC 2014 PM 4 L

Court of Appeals
Sixth Appellate District of TX.
B. State Justice Bldg.
100 N. State Line Ave #20
Texarkana, TX. 75501 55524